No. 99–748.   U S WEST, INC., ET AL. *v.* TRISTANI, CHAIRMAN, NEW MEXICO STATE CORPORATION COMMISSION, ET AL.   C. A. 10th Cir.   Motion of Attorney General of New Mexico for leave to file a brief as *amicus curiae* granted.   Certiorari denied.   ■

No. 99–772.   DOE ET AL. *v.* MUTUAL OF OMAHA INSURANCE Co.   C. A. 7th Cir.   Motion of Infectious Diseases Society of America et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.   ▮

No. 99–775.   LUCENT INFORMATION MANAGEMENT, INC. *v.* LUCENT TECHNOLOGIES, INC.   C. A. 3d Cir.   Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.   ▮

No. 99–6650.   WILLIAMS *v.* WATERS, WARDEN.   C. A. 11th Cir. Certiorari before judgment denied.

No. 99–7734 (99A562).   THOMAS *v.* GARRAGHTY, WARDEN. Sup. Ct. Va.   Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.   Certiorari denied.   ▮